IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLIFFORD D. WILLIAMS,

        Petitioner,         Case No. 1:99-cv-438

v.

                                    JUDGE MICHAEL H. WATSON

BETTY MITCHELL, Warden,        Magistrate Judge Kimberly A. Jolson

        Respondent.

## ORDER TO REOPEN CASE

Final judgment dismissing this capital habeas corpus action was entered on April 14, 2022. ECF No. 137. This matter is before the Court *sua sponte* to **DIRECT** the Clerk to **REOPEN** the instant case, due to Petitioner's recent filing of motions involving changes in the status of counsel, ECF Nos. 138, 139, 141, as well as the filing of a post-judgment Motion to Alter/Amend under Fed. Rule of Civil Procedure 59(e) and/or Motion for Relief Under Rule 60(b). ECF No. 140.

IT IS SO ORDERED.

MICHAEL H. WATSON
United States District Judge