IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD D. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:99-cv-438 |
| | ) | |
| -vs- | ) | JUDGE MICHAEL H. WATSON |
| | ) | |
| BETTY MITCHELL, Warden, | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| Respondent. | ) | Death Penalty Case |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's Order of March 29, 2023, (Doc. 152, PageID# 6214-15), the parties now propose the following Briefing Schedule in this case:

1. Petitioner shall have thirty (30) days in which to file his **Merit Brief** after the Court issues its Order for additional briefing.

2. Respondent shall file a **Response** within thirty (30) days after Petitioner's Merit Brief is filed.

3. Petitioner shall file a **Reply** within thirty (30) days after Respondent's Response is filed.

4. A **motion to expand the record** shall be filed by either party within fifteen (15) days after the Petitioner's Reply is filed.

Respectfully Submitted,

| | |
|---|---|
| STEPHEN C. NEWMAN (0051928) | DAVE YOST (0056290) |
| FEDERAL PUBLIC DEFENDER | ATTORNEY GENERAL OF OHIO |
| | |
| */s/ Joseph E. Wilhelm* | */s/ Charles L. Wille (by consent)* |
| JOSEPH E. WILHELM (00555407) | CHARLES L. WILLE (0056444) |

| | |
|---|---|
| Assistant Federal Public Defender | Principal Assistant Attorney General |
| Lead Counsel | Criminal Justice Section |
| | 30 E. Broad Street, 23rd Floor |
| */s/ Alan C. Rossman* | Columbus, Ohio 43215 |
| ALAN C. ROSSMAN (0019893) | (614) 728-7055; Fax: (614) 466-7332 |
| Assistant Federal Public Defender | Charles.Wille@ohioattorneygeneral.gov |
| Office of the Federal Public Defender | |
| Capital Habeas Unit | COUNSEL FOR RESPONDENT |
| Skylight Office Tower | |
| 1660 West Second Street, Suite 750 | |
| Cleveland, Ohio 44113 | |
| (216) 522-4856; Fax: (216) 522-1951 | |
| Joseph_Wilhelm@fd.org | |
| Alan_Rossman@fd.org | |
| | |
| COUNSEL FOR PETITIONER | |